IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| OLIVIA STILWELL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No. |
| | : | 1:21-cv-00714-LMM |
| TTWN MEDIA NETWORKS, LLC, | : | |
| | : | |
| Defendant | : | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action with prejudice.

Respectfully submitted, this 30th day of August 2021.

**Delong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC**

*/s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375
Charles R. Bridgers
Georgia Bar No. 080791

101 Marietta Street
Suite 2650
Atlanta, GA 30303
Telephone: (404) 979-3150

**Littler Mendelson, P.C.**

*/s/ Philip L. Lu*
Philip L. Lu
Georgia Bar No. 890037
Whitney Ferrer
Georgia Bar No. 501028

3424 Peachtree Road, N.E.
Suite 1200
Atlanta, GA 30326
Telephone: (404) 233-0330
Facsimile: (404) 233-2361

| | |
|---|---|
| Facsimile: (404) 979-3170<br>E-mail: kevin.fitzpatrick@dcbflegal.com<br>E-mail: charlesbridgers@dcbflegal.com | Email: wferrer@littler.com<br>Email: plu@littler.com |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OLIVIA STILWELL, : | |
| : | |
| Plaintiff, : | |
| : | |
| vs. : | Civil Action No. |
| : | 1:21-cv-00714-LMM |
| TTWN MEDIA NETWORKS, LLC, : | |
| : | |
| Defendant : | |

## CERTIFICATE OF SERVICE

I certify that on August 30, 2021, I electronically filed a true and correct copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/EMF system which will automatically send email notification of such filing, constituting service to all counsel of record.

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375